NORRIS WINSLOW, as Trustee, etc., Appellant, *v.* THE CARTHAGE, WATERTOWN AND SACKETTS HARBOR RAILROAD COMPANY et al.

In the Matter of the Application of ADDISON L. UPHAM, County Treasurer, Respondent.

(Argued February 25, 1895; decided March 12, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made November 20, 1894, which modified, and affirmed as modified, an order of Special Term which, among other things, directed a discontinuance of the action against the defendant, the Carthage, Watertown and Sacketts Harbor Railroad Company.

*D. G. Griffin* for appellant.

*Hannibal Smith* for respondent.

Agree to dismiss appeal on the ground that the order is not reviewable in this court; no opinion.

All concur, except O'BRIEN, J., taking no part.

Appeal dismissed.